J.R. RIDDELL (State Bar No. 225004)
jriddell@orrick.com
ERIC R. OLAH (State Bar No. 295513)
olah@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE, LLP,<br><br>Petitioner,<br><br>v.<br><br>ENGAGEPOINT, INC.,<br><br>Respondent. | Case No. 2:17-cv-01163-KJM-KJN<br><br>**ORDER GRANTING STIPULATION TO SUBMIT THE PETITION UPON THE RECORD AND BRIEFS ON FILE PURSUANT TO LOCAL RULE 230(g)**<br><br>EXPEDITED CONSIDERATION REQUESTED |

WHEREAS, Petitioner Orrick, Herrington & Sutcliffe, LLP ("Petitioner") and Respondent EngagePoint, Inc. ("Respondent") commenced arbitration to resolve a dispute over Respondent's unpaid legal fees;

WHEREAS, Petitioner and Respondent executed a settlement agreement and several exhibits thereto to resolve the arbitration dispute on May 26, 2017;

WHEREAS, the Arbitrator presiding over the arbitration entered, pursuant to a stipulation of Petitioner and Respondent, a Final Award on June 1, 2017;

WHEREAS, Petitioner filed in this Court a Petition to Confirm Arbitration Award and for Entry of Judgement on June 2, 2017 (ECF No. 1);

///

1  WHEREAS, Petitioner submitted in support of the Petition a declaration from James E. Carbine (ECF No. 1-3) on June 2, 2017;

WHEREAS, Mr. Carbine's declaration states that he serves as counsel for Respondent, that "Respondent does not seek to have the Arbitration Award vacated, modified, or corrected[,]" and that "Respondent does not oppose the Petition to Confirm Arbitration Consent Award and Entry of Judgment, which seeks confirmation of the Arbitration Award and entry of judgment in Petitioner's favor in the amount of $1,544,883.68," (ECF No. 1-3); and

IT IS HEREBY STIPULATED by and between Petitioner and Respondent that, pursuant to Local Rule 230(c), Mr. Carbine's declaration and this Stipulation shall serve as Respondent's statement of non-opposition to the granting of the Petition.

IT IS FURTHER STIPULATED by and between Petitioner and Respondent that, pursuant to Local Rule 230(g), the Petition shall be submitted upon the record and briefs on file with the Court. Furthermore, Petitioner and Respondent jointly request that the Court give the Petition expedited consideration and grant the relief requested in the Petition at the Court's earliest convenience.

Dated: June 7, 2017.

SANDRA L. SAVA
Meissner, Joseph & Palley

By: /s/ Sandra L. Sava
(as authorized on June 7, 2017)
SANDRA L. SAVA
Attorneys for Respondent

Dated: June 7, 2017.

ERIC R. OLAH
Orrick, Herrington & Sutcliffe LLP

By: /s/ Eric R. Olah
ERIC R. OLAH
Attorneys for Petitioner

///

///

///

**ORDER**

Pursuant to Local Rule 230(g) and the foregoing stipulation between Petitioner Orrick, Herrington & Sutcliffe LLP and Respondent EngagePoint, Inc., the Petition (ECF No. 1) shall be submitted upon the record and briefs on file with the Court.

**IT IS SO ORDERED.**

DATED: June 8, 2017.

_____
UNITED STATES DISTRICT JUDGE