UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE, LLP,<br><br>    Petitioner,<br><br>    v.<br><br>ENGAGEPOINT, INC.,<br><br>    Respondent. | No. 2:17-cv-01163-KJM-KJN<br><br>ORDER |

        Before the court is an unopposed petition to confirm an arbitration award and for entry of judgement under the Federal Arbitration Act, 9 U.S.C. § 1. Petition, ECF No. 1 (filed June 2, 2017). The parties stipulated to have this petition decided on the papers, without a hearing, as Local Rule 230(c) permits. ECF Nos. 12, 13.

        Any party to arbitration may petition a federal district court for an order confirming the final award. 9 U.S.C. § 9. The petition must be filed within one year of entry of an arbitration award and the petition must include the arbitration agreement and the award itself. *Id.* § 13. Once received, "the court must grant" the petition unless the award is vacated, modified, or corrected. *Id*. § 9.

/////

Here, the parties resolved a dispute about unpaid legal fees through arbitration. Riddell Decl. ¶ 3, ECF No. 1-2. On June 1, 2017, the presiding Arbitrator entered a final award for $1,544,883.68 in petitioner's favor. *Id.* Ex. A. Petitioner has timely filed all necessary documents for an order confirming the arbitration award. *See* ECF No 1. The parties also stipulate that there is no dispute regarding this award. Stipulation, ECF No. 12 (June 7, 2017). Lastly, respondent's attorney, James E. Carbine, declares that "Respondent does not seek to have the Arbitration Award vacated, modified, or corrected[,]" and that "Respondent does not oppose [this] Petition . . ." Carbine Decl. ¶ 7, ECF No. 1-3.

Accordingly, having reviewed all documents, the petition is GRANTED. The court, as provided by 9 U.S.C. §§ 9 and 13, hereby CONFIRMS the arbitration award and all terms therein and DIRECTS the Clerk of the Court to enter judgment in favor of Petitioner Orrick, Herrington & Sutcliffe, LLP in the amount of $1,544,883.68. The judgment entered "shall be docketed as if it was rendered in an action," "shall have the same force and effect . . . [as] a judgment in an action," and "may be enforced as if it had been rendered in an action in the court in which it is entered." 9 U.S.C. § 13.

IT IS SO ORDERED.

DATED: August 8, 2017.

_____
UNITED STATES DISTRICT JUDGE